# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**TOREY BRETT LOGAN**                                 **PLAINTIFF**

**V.**                **CASE NO. 3:18-CV-03008**

**LIEUTENANT JERRY WILLIAMS,**
**Carroll County Detention Center (CCDC);**
**MAJOR GEORGE FRYE, CCDC;**
**OFFICER DEAN, CCDC; and**
**OFFICER KEVIN HUNT, CCDC**                        **DEFENDANTS**

## OPINION AND ORDER

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 12, 2018. He proceeds *pro se* and *in forma pauperis*. At the time he filed the Complaint, Plaintiff was incarcerated in the Carroll County Detention Center.

An Order (Doc. 4) was entered on January 12, 2018, directing Plaintiff to file an Amended Complaint by January 29, 2018. Plaintiff did not file an Amended Complaint by January 29, 2018. However, on February 6, 2018, Plaintiff filed a change of address (Doc. 7) indicating he had been released and was now residing at an address in New Mexico. For this reason, an Order (Doc. 8) was entered giving Plaintiff an extension of time until February 20, 2018, to file his Amended Complaint.

To date, Plaintiff has not complied with the Court Order. He has not requested an extension of time to file the Amended Complaint. Plaintiff has not communicated with the Court in any way. No mail has been returned as undeliverable.

Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** for failure to obey an Order of the Court and failure to prosecute this action. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 26th day of February, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE